**92–813.** State, ex rel. American Natl. Red Cross, v. Pokorny. *Cuyahoga County*, No. 63596. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's emergency motion for stay,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied.

HOLMES and RESNICK, JJ., dissent.

WRIGHT, J., would grant the stay upon posting a $10,000 bond.

## MISCELLANEOUS DISMISSALS

**92–253.** State v. Reynolds. *Stark County*, No. CA–8524. *Sua sponte*, cause dismissed for want of prosecution.

**92–602.** State, ex rel. Thrower, v. Troutman. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.